*Let this be filed*
*5/22/23 ACR*

CERTIFIED MAIL
7000 1670 0011 8574 9073

pg 1 of 7

THE HONORABLE Ana C. Reyes
UNITED STATES DISTRICT AND
   BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON D.C 20001

Re: BOURNE V. Department of Justice etal
Case number 1:19-CV-01211-ACR

Your Honor

Comes now Petitioner VICTOR DaCosta Bourne from Coleman 1, Coleman Florida. I respectfully oppose the Defendants motion for Summary judgment. The Petitioner Commenced this action after the defendants failed to provide the information in the FOIA request.

The Government and agents from ICE claimed to have recorded the Petitioner over the Court authorized wiretap on Oneal Roberts # 347 210-4894 and Clive Beckford telephone # 917 868-3465. The Government provided all of the affidavit and the CD's Containing these Calls in it's discovery at the pretrial stage. Included were transcribed Calls

that they attached the Petitioner's name to. See EXHIBIT #1

The Petitioner at all times held the position that he was not a participant in any of the calls. At the pretrial stage ICE agents Jason Mount, Heather Shand and Christian Andretta filed Affidavit's swearing to the fact that the Petitioner was recorded

The AUSA Patria Notopoulos who was the lead attorney also held the position that the Petitioner was recorded. At the Petitioner's Trial agent Andretta testified in the presence of AUSA Notopoulos that he does not know if the Petitioner was recorded.

On each call that the agents placed the Petitioner's name on has a duration time of less than 10 seconds, none of the telephones attributed to the Petitioner were ever registered to him and no one in any of the conversations identified themselves as the Petitioner. This corresponds with Ms/Mrs Natasha Hudgins declaration paragraph 9 pg 3
"And the records did not contain Plaintiff's name or any identifying information about Plaintiff."

The request was made to the defendants because initially in all pretrial proceedings the Government claimed that the Petitioner was recorded

The defendant's then after held the position that they dont know if the Petitioner was ever recorded, although they themselves provided the information with the Petitioners name attached. The Petitioner is not asking for the Contents of the Title III because he is already in possession of these records.

The petitioner is requesting this Honorable Court to have these defendant's provide the procedure which was used to identify the Petitioner on each call attributed to him in the wiretap investigation. This identification procedure had to be establish prior to the wiretap investigation.

This request does not involve the Content of the wire and it was made in Government EXHIBIT A point (2) which was the original Freedom of information Act request see EXHIBIT 2.

The defendants should not be allowed to now claim that there is no record showing that the Petitioner's name is attached to any information as they are trying to do.

Disclosure of the relevant information would shed light on the corrupt tactics used by the Government and it's agent's in this investigation. The Government has a duty to refrain from fabricating evidence

## Argument

The fact that the Government agent's involved in this investigation Fraudulently placed a Citizen's name on a Title III wiretap recording file that he did not participate in is a Serious violation of the laws of this country. The public has an interest in this FOIA request See. Nat'L Archives & Records Admin v Favish 541 U.S 157, 172, 124 S Ct 1570, 158 L.Ed 2d 319 (2004).

In any motion for Summary Judgment, the Court must View the evidence in the light most favorable to the nonmoving party, draw all reasonable inferences in his or her favor and eschew making Credibility determinations or weighing the evidence Montgomery v. Chao 546 F.3d 703, 706 383 U.S App D.C 290 (D.C Cir 2008) if the Court Concludes that there are genuine issues of material fact as to the Sufficiency of the agency's response, Summary Judgment must be denied.

The Petitioner humbly request this Honorable Court to issue an order Compelling the Government to provide the document's relating to his request

pg 5 of 7

Submitted on this 28th day of April 2023

*Victor B____*
VICTOR BOURNE

DECLARATION

Petitioner VICTOR BOURNE declares under penalty of perjury that all the aforementioned is true and correct to the best of his knowledge and as such should be carry the weight of an affidavit in that the petitioner declares such a verified complaint, all pursuant to §1746

Executed on April 28th 2023      *Victor B____*
                                  77410-053

EXHIBIT #1

1/26/06

pg 6 of 7

## Call # 895

**Incoming call from 646-707-6104 (Subscriber: Unknown)(Bourne; Victor)**

**Incoming call from Bourne:**

| | |
|---|---|
| **Oneal:** | Hello. |
| **Bourne:** | Where are you? |
| **Oneal:** | Eh? |
| **Bourne:** | Where you is? |
| **Oneal:** | I on the Avenue. [Music playing in the background] What's going on? |
| **Bourne:** | Nothing, but ... aam ... come.... come down with me later man. [voices overlap] |
| **Oneal:** | Where you is? [voices overlap] |
| **Bourne:** | [Inaudible] go with our friend.  Yeah. |
| **Oneal:** | Down by you, your house? |
| **Bourne:** | Yeah. |
| **Oneal:** | Alright, no problem. |
| **Bourne:** | I going [stutters] I going call you and tell you what time you know. |
| **Oneal:** | Okay. |

**[END OF CALL]**

**FINAL TRANSLATION -  IH**

FREEDOM OF INFORMATION ACT REQUEST

TO: UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK

FROM: VICTOR BOURNE
NO: 77410-053
U.S.P LEE COUNTY
P.O BOX 305
Jonesville Va 24263

CERTIFIED MAIL NO
7017 3380 0000 7343 5900

Dear Sir or Madam

This is a request under the freedom of information Act as amended (U.S.C Title 5 § 552) in Conjunction with the Privacy Act (U.S.C Title 5 § 552 a)

I am writing to request a Copy of the following information.

(1) Any and all recordings and or attempt recordings of me (VICTOR BOURNE) (not limited to person's wearing body wire) or court authorized wire surveillance.

(2) Please provide any and all information in which VICTOR BOURNE was identified by Self identification, nickname, telephone Subscriber information or any Call data relied on for each BOURNE call that identifies him as a participant in the Court authorized wire surveillance over ▓▓▓ Cellular telephone # 347 210-4894 and ▓▓▓ Cellular telephone # 917 868-3465

The FOIA also provides that if only portions of a file are exempted from release, the remainder must be released I therefore request that I be provided with all nonexempt portions which are reasonably segregate. I of course reserve my right to appeal the withholding of deletion of any information.

If you have any questions regarding this request please write me at the below caption address.

As provided in the freedom of information Act. I will expect to receive a reply within ten working days.

Sincerely Requested

*[signature]*

VICTOR BOURNE
#77410053
U.S.P LEE COUNTY
P.O BOX 305
Jonesville Va. 24263

May 31 2018

Case 1:19-cv-01211-ACR   Document 30   Filed 05/22/23   Page 9 of 9



VICTOR B
77410-05
Federal correctional complex
U.S.P Coleman 1
P.O Box 1033
Coleman FL 33521

CERTIFIED MAIL
7000 1670 0011 8574 9073

RECEIVED
Mail Room
MAY - 9 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE HONORABLE Ana C Reyes
UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
E BARRETT PRETTYMAN COURTHOUSE
WASHINGTON D.C 20001